266

441 A.2d 761

**Ann M. LEE, Appellant,**

v.

**Phyllis J. LEONE.**

Superior Court of Pennsylvania.

Argued Oct. 14, 1981.

Decided Feb. 12, 1982.

Charles S. Morrow, Pittsburgh, for appellant.

David L. Beck, Pittsburgh, for appellee.

Before WIEAND, JOHNSON and MONTEMURO, JJ.

PER CURIAM:

This is an appeal from an order refusing to remove a compulsory non-suit. Appellant's evidence—or, more cor-

rectly, the lack of evidence—was reviewed in an able opinion by the trial court. Our own review of the record causes us to agree that where, as here, the driver of a vehicle enters an intersection against a stop sign and collides with a vehicle which was unseen prior to impact, some additional evidence is required before a jury will be permitted to infer negligence on the part of the other driver. Because that additional evidence was lacking in the instant case, a non-suit was properly entered.

Order affirmed.